

# Fourth Court of Appeals
## San Antonio, Texas

### MEMORANDUM OPINION

No. 04-22-00628-CR

**EX PARTE** Jose **ANTONIO-SANTIAGO**

From the County Court at Law No. 1, Webb County, Texas
Trial Court No. 2022CRB000720L1
Honorable Leticia Martinez, Judge Presiding[1]

**OPINION ON MOTION FOR REHEARING**

Opinion by:   Beth Watkins, Justice

Sitting:   Rebeca C. Martinez, Chief Justice
Patricia O. Alvarez, Justice
Beth Watkins, Justice

Delivered and Filed: December 27, 2023

REVERSED AND REMANDED

As part of Operation Lone Star, Jose Antonio-Santiago, a noncitizen, was arrested for trespassing on private property in Webb County. He filed an application for writ of habeas corpus seeking dismissal of the criminal charge based on a violation of his state and federal rights to equal protection. Specifically, Antonio-Santiago argued the State of Texas was engaging in selective prosecution in violation of the U.S. Constitution's Equal Protection Clause and the Texas Constitution's Equal Rights Amendment because only men were being charged with misdemeanor

---

[1]The Honorable Hugo D. Martinez is the judge of the Webb County Court at Law Number One. Associate Judge Leticia Martinez signed the order denying the habeas corpus relief at issue in this appeal.

criminal trespass. *See* U.S. CONST. amend. XIV; TEX. CONST. art. I, § 3(a). The trial court denied Antonio-Santiago's requested relief, and he appealed.

On August 30, 2023, this court issued an opinion and judgment reversing the trial court's order and remanding this case to the trial court for further proceedings. The State filed a motion for rehearing. While the motion was pending, this court decided *Ex parte Vazquez-Bautista*, No. 04-22-00630-CR, 2023 WL 8440339, at *1 (Tex. App.—San Antonio Dec. 6, 2023, no pet. h.) (en banc). This appeal involves the same arguments and same evidentiary record as *Vazquez-Bautista*. For the reasons explained in that opinion, we deny the State's motion for rehearing, sua sponte withdraw our August 30, 2023 opinion and judgment, and substitute this opinion and judgment in its place. We reverse the trial court's order and remand the cause to the trial court with instructions to discharge Antonio-Santiago from bail and dismiss the information in the underlying proceeding with prejudice. *See id*.

Beth Watkins, Justice

DO NOT PUBLISH